AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Kevin Maher ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 10 C 3396 |
| Hyundai Construction Equipment USA, Inc ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: Judgment is entered in favor of defendant, Hyundai Construction Equipment USA, Inc. and against plaintiff, Kevin Maher.

This action was *(check one)*:

x tried by a jury with Judge Sharon Johnson Coleman presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 8/1/2013

Thomas G. Bruton, Clerk of Court

*/s/ Robbie T. Hunt*

*Signature of Clerk or Deputy Clerk*